IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID JAMES BREWER,

      Appellant,

 v.

Case No.  5D22-1884
LT Case No. 2021-303354-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 21, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris, Assistant
Attorney General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.